**EXHIBIT A**
**PART 1 of 4**

Case 1:07-cv-06993-JES    Document 1-2    Filed 08/03/2007    Page 1 of 4






Case 1:07-cv-06993-JES    Document 1-2    Filed 08/03/2007    Page 3 of 4

