**EXHIBIT A**
**PART 2 of 4**





