**EXHIBIT A**
**PART 3 of 4**

Case 1:07-cv-06993-JES    Document 1-4    Filed 08/03/2007    Page 1 of 3



