**EXHIBIT A
PART 4 of 4**

Case 1:07-cv-06993-JES    Document 1-5    Filed 08/03/2007    Page 1 of 4







Case 1:07-cv-06993-JES     Document 1-5     Filed 08/03/2007     Page 4 of 4