UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

YAKIRA, LLC, ECKO.COMPLEX, )
LLC d/b/a ECKO UNLTD., and MARC )
ECKO ENTERPRISES ACCESSORIES, )
LLC, )
                            *Plaintiffs,*

              vs.                              Case No.: _____

BMZ LICENSING LLC d/b/a ELITE
MODELS' FASHION,
    8100 NW 29th Street
    Miami, FL 33122

FRANCE DECO TRADING, INC. d/b/a
MURVAL,
    8100 NW 29th Street
    Miami, FL 33122

JOHN DOE 1, and

JOHN DOE 2.
    *Defendants.*

**PLAINTIFFS' DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The undersigned counsel of record for Plaintiffs Yakira, LLC ("Yakira"), Ecko.Complex, LLC d/b/a Ecko Unltd. ("Ecko Unltd."), and Marc Ecko Enterprises Accessories, LLC ("MEE Accessories"), believe and certify that these Plaintiffs have no corporate parent, and no publicly held company owns 10% or more of their stock. Plaintiffs are all privately-owned, limited liability companies.

Dated: New York, New York
       August 3, 2007

By: _____
PROSKAUER ROSE LLP
Brendan J. O'Rourke (BO-2351)
Dolores F. DiBella (DD-9637)
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Plaintiffs*