SPRIZZO, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

YAKIRA, LLC, ECKO.COMPLEX, )
LLC d/b/a ECKO UNLTD., and MARC )
ECKO ENTERPRISES ACCESSORIES, )
LLC, )
    *Plaintiffs,* )
)
vs. )    07 Civ. 6993
)
BMZ LICENSING LLC d/b/a ELITE )    JUDGE SPRIZZO
MODELS' FASHION, )
    8100 NW 29th Street )
    Miami, FL 33122 )
)
FRANCE DECO TRADING, INC. d/b/a )    NOTICE OF DISMISSAL
MURVAL, )
    8100 NW 29th Street )
    Miami, FL 33122 )
)
JOHN DOE 1, and )
)
JOHN DOE 2. )
)
    *Defendants.* )
)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Yakira, LLC ("Yakira"), Ecko.Complex, LLC d/b/a Ecko Unltd. ("Ecko Unltd."), and Marc Ecko Enterprises Accessories, LLC ("MEE Accessories"), (collectively, "Plaintiffs"), hereby notice dismissal of the above-captioned action without prejudice.

Dated:    September 19, 2007

PROSKAUER ROSE LLP

By: _____
Brendan J. O'Rourke (BO-2351)
Dolores F. DiBella (DD-9637)
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Plaintiffs*

SO ORDERED

[signature]
9-20-07